partment. January 9, 1907.) Action by William M. Smith against Luther W. Seaman.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not sitting.

SOLOMON et al., Respondents, v. MACHTA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Isidor Solomon and another against Barnet Machta and others. No opinion. Judgment of the Municipal Court reversed on reargument, and new trial ordered, costs to abide the event, on the ground that there is no evidence in the return establishing the amount of the plaintiff's claim.

SOPER v. ASSOCIATED PRESS. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by Harry G. Soper against the Associated Press. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question for review certified.

SOUTH SHORE TRACTION CO., Respondent, v. TOWN OF BROOKHAVEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by the South Shore Traction Company against the town of Brookhaven and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SOUTH SHORE TRACTION CO., Respondent, v. VILLAGE OF PATCHOGUE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by the South Shore Traction Company against the village of Patchogue and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SPAETH, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1907.) Action by Anna E. Spaeth against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SPEARBECK, Respondent, v. BELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Arminda J. Spearbeck against Robert J. Bell.

PER CURIAM. Judgment unanimously affirmed, with costs.

PARKER, P. J., not sitting.

STANLEY v. STANLEY. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Sarah Taylor Stanley against James William Stanley. No opinion. Motion denied.

STARR, Appellant, v. WALLACE et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Thomas A. Starr against Archer B. Wallace and others. No opinion. Motion to dismiss appeal granted, with costs.

STARR, Appellant, v. WALLACE, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Thomas A. Starr against Archer B. Wallace. No opinion. Motion denied.

STERLING, Respondent, v. CHAPIN, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by John W. Sterling, as executor, against Albert K. Chapin, individually, etc. L. L. Kellogg, for appellant. J. A. Garver, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

STROHMAN, Respondent, v. FREDERICK J. W. BURSCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by George L. Strohman against the Frederick J. W. Bursch Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SULLIVAN, Appellant, v. BISHOP, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Mary Sullivan against Mary C. Bishop.

PER CURIAM. Judgment unanimously affirmed, with costs.

PARKER, P. J., not sitting.

SULLIVAN et al. v. McCANN et al. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by William H. Sullivan and others against John McCann and others. No opinion. Motion denied, without costs. Order filed.

SUMMERS, Appellant, v. KOWSKY, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Benjamin Summers against Samuel Kowsky. No opinion. Motion to dispense with the printing of the two exhibits in question granted, unless the defendant furnishes the plaintiff within 10 days, with copies of the same as taken from his books. If copies are so furnished, the motion is denied.

SUTLIFF, Respondent, v. MUTUAL FIRE INS. ASS'N OF MONTGOMERY, HERKIMER & FULTON COUNTIES, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Mary E. Sutliff against the Mutual Fire Insurance Association of Montgomery, Herkimer, and Fulton Counties.

PER CURIAM. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

PARKER, P. J., not sitting.

SWARTZ, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Silas Swartz against John C. Brown and others. H. A. Friedman, for appellant.